IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| NICOLAS MARTINEZ<br>   Plaintiff, | § § § | |
| vs. | § § | C.A. No. 6:21-cv-00008 |
| Y.J. TRANSPORTATION, INC. AND ARMAN MARKOSYAN<br>   Defendant. | § § § § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COMES NOW Defendants, **Y.J. TRANSPORTATION, INC.** and **ARMAN MARKOSYAN**, and provide this their Disclosure Statement, pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE and Certificate of Interested Parties, and would respectfully show the Court as follows:

1. Defendant, Y.J. Transportation, Inc. is a California corporation with a financial interest in the outcome of this litigation.

2. Arman Markosyan is an individual Defendant in this litigation and has a financial interest in its outcome.

3. American Sentinel Insurance Company, an Arizona corporation, is the insurer for Defendants and has a financial interest in the outcome of this litigation.

4. Nicolas Martinez is the Plaintiff in this litigation and has a financial interest in its outcome.

5. Defendant, RSS Trucking is allegedly a California corporation with a financial interest in the outcome of this litigation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

**LORANCE THOMPSON**

_____
Roger D. Oppenheim, attorney-in charge
SBN: 15292400
Fed ID: 14206
Kathryn L. Ward
SBN: 20844500
Fed ID: 12153
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: 713/868-5560
Facsimile: 713/864-4671
rdo@lorancethompson.com
kw@lorancethompson.com
**ATTORNEY FOR DEFENDANTS,
Y.J. TRANSPORTATION, INC. AND
ARMAN MARKOSYAN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2021 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

David Hatcher
**LAW OFFICES OF THOMAS J. HENRY**
521 Star Street
Corpus Christi, Texas 78401
E-Mail: dhatcher-svc@thomasjhenrylaw.com

**DEFENDANT RSS TRUCKING**.
7826 Bellingham Ave.,
N. Hollywood, California, 91605
Via CMRRR

_____
Roger D. Oppenheim